# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>BUCCAL DNA SAMPLES<br>FROM KHALE LIAM GUILLOU | )<br>)<br>)  Case No. 1:24-mj- 177-01-AJ<br>)<br>)<br>) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Khale Liam Guillou, a natural person, as described further in the affidavit.

located in the _____ District of ___New Hampshire___, there is now concealed *(identify the person or describe the property to be seized)*:

Buccal DNA samples from Khale Liam Guillou and complete photographs of Khale Liam Guillou's body, including but not limited, to any injuries to his body.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(j) | Possession of stolen firearms |
| 18 U.S.C. § 922(u) | Theft from a federal firearms licensee |

The application is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ T. Sean Hoover
*Applicant's signature*

Special Agent T. Sean Hoover, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
___telephone___ *(specify reliable electronic means)*.

Andrea K. Johnstone
*Judge's signature*

Date: 07/22/2024

City and state: Concord, New Hampshire      Hon. Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*