AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means      ☐ Original      ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of ) <br> *(Briefly describe the property to be searched* ) <br> *or identify the person by name and address)* ) <br> BUCCAL DNA SAMPLES ) <br> FROM KHALE LIAM GUILLOU ) <br> ) | Case No. 1:24-mj-177-01-AJ |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of New Hampshire
*(identify the person or describe the property to be searched and give its location)*:

Khale Liam Guillou, a natural person, (DOB 5/31/2005)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Buccal DNA samples from Khale Liam Guillou and complete photographs of Khale Liam Guillou's body, including but not limited to, any injuries to his body.

**YOU ARE COMMANDED** to execute this warrant on or before   August 5, 2024   *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Hon. Andrea Johnstone   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   5:05 PM, Jul 22, 2024            *Andrea K. Johnstone* [seal]
                                                                                            *Judge's signature*

City and state:   Concord, New Hampshire            Hon. Andrea K. Johnstone, U.S. Magistrate Judge
                                                                                         *Printed name and title*

| Date and time issued: | 5:05 PM, Jul 22, 2024 | *Andrea K. Johnstone* |
|---|---|---|
| | | Judge's signature |
| City and state: | Concord, New Hampshire | Hon. Andrea K. Johnstone, U.S. Magistrate Judge |
| | | Jennifer Truman   Det Keene Police |
| | | Printed name and title |

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

**Return**

| Case No.: 1:24-mj-177-01-AJ | Date and time warrant executed: 11:20 a.M | Copy of warrant and inventory left with: Khale Guillou |
|---|---|---|

Inventory made in the presence of:
Det. Lippincott   Keene Police

Inventory of the property taken and name(s) of any person(s) seized:

2 Buccal swabs
CD of photographs taken of Khales person

**Certification**

[Print]  [Save As...]  [Reset]